# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WEBSTER CAPITAL FINANCE, INC. f/k/a Center Capital Corporation,** | **CASE NO. 8:12CV47** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **CRAIG CARRIER CORP., LLC,  WHITE FARMS TRUCKING, INC., CRAIG WHITE, VONNIE WHITE,  TRIPLE C TRANSPORT, L.L.C.,** | |
| **Defendants.** | |

This matter is before the Court on the Suggestion in Bankruptcy (Filing No. 29) filed by Defendants Craig White and Vonnie White.  The Whites have indicated that they filed in the United States Bankruptcy Court for the District of Nebraska a petition for relief under Chapter 7 of Title 11 of the United States Code.  (*See* Case No. BK12-42639-TJM.)  Pursuant to NEGenR 1.5(a) and 28 U.S.C. § 157, this matter will be referred to the United States Bankruptcy Court for the District of Nebraska.

Accordingly,

IT IS ORDERED:

1.     This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.     This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska; and

3.     The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.


Dated this 27th day of December, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge