IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WEBSTER CAPITAL FINANCE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CRAIG CARRIER CORP., LLC; WHITE FARMS TRUCKING, INC.; CRAIG WHITE; VONNIE WHITE; and TRIPLE C TRANSPORT, LLC, <br><br> Defendants. | 8:12CV47 <br><br> AMENDED ORDER |
| IN THE MATTER OF: <br><br> CRAIG L. WHITE and VONNIE D. WHITE, <br><br> Debtor(s) | CASE NO. BK12-42639-TJM <br> A12-4106-TJM <br><br> CH. 7 |

This matter is before the Court on the Report and Recommendation of U.S. Bankruptcy Judge Timothy J. Mahoney (Filing No. 31) recommending that this Court withdraw the reference of the adversary proceeding to the bankruptcy court. Judge Mahoney found that all of the defendants are necessary parties to the litigation, so the lawsuit should go forward against all of them. Judge Mahoney also stated that as to the debtors, the adversary proceeding is limited to liquidating the plaintiff's claim, and the automatic stay remains in effect to prohibit any collection activity against the debtors.

The time for filing objections to the Report and Recommendation has passed. *See* NEGenR 1.5(b)(2). No objections have been filed under Federal Rule of Bankruptcy Procedure 9033(b). The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, the Report and Recommendation should be adopted in its entirety. Accordingly,

IT IS ORDERED:

1. The Report and Recommendation (Filing No. 31) is adopted; and

2. The parties' adversary proceeding shall progress in this Court as described in the Report and Recommendation.

Dated this 28th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge